Edward W. Weikert, and Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellant; John J. Faissler, and Jack I. Levy, of counsel; Mitchell, Conway & Bane, and Charles J. Merriam, for appellee; William I. Conway, and Peter J. Brennan, Jr., of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed March 4, 1953; released for publication April 6, 1953.

Milk Bottle Crate Company, Appellee, v. Jacob I. Russakov, and Irwin J. Russakov, Copartners, Trading Under Firm Name of Russakov Company of America, Not Incorporated, Appellants.

Gen. No. 45,808.

Simon Herr, and Harold Ginsburg, for appellants; Rittenberg, Schulz, DeJohn & Mayer, for appellee; Carl Schulz, and Delos DeJohn, of counsel.

Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed March 4, 1953; rehearing denied April 6, 1953; released for publication April 6, 1953.

## Estelle Noble, Appellant, v. Walter Noble, Appellee.
### Gen. No. 45,862.

Gariepy and Gariepy, for appellant; Fred A. Gariepy, of counsel; Ferlic & Gannon, for appellee; Frank J. Ferlic, and Joseph D. Gannon, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed March 9, 1953; released for publication April 6, 1953.

## Weightstill Woods, Appellant, v. Memorial Estates, Incorporated, Appellee.
### Gen. No. 45,878.